IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**JOSHUA DOUGLAS PETERS**,

    Petitioner,

v.

**BRIAN BELLEQUE, Superintendent**,

    Respondent.

No. 6:11-cv-01298-JE

OPINION AND ORDER

**MOSMAN, J.**,

On April 11, 2014, Magistrate Judge Jelderks issued his Amended Findings and Recommendation ("F&R") [59] in the above-captioned case, recommending that the Amended Petition for Writ of Habeas Corpus [6] be DENIED. Petitioner objected [61] to the F&R.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1). However, the court is

1 – OPINION AND ORDER

not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1).

Upon review, I agree with Judge Jelderks's recommendation, and I ADOPT the F&R [59] as my own opinion, except the recommendation that the Court issue a certificate of appealability. A certificate of appealability shall not issue.

IT IS SO ORDERED.

DATED this   5th   day of May, 2014.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER